No. 11-7983. Christopher Jason Oxen-ham, Petitioner v. United States.

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 947.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 11-7987. Rashaan P. Hall, Peti-tioner v. United States.

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 1038.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 11-7989. Juan Hernandez-Ortiz, Petitioner v. United States.

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 1001.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 592.

No. 11-7990. Ricardo Guzman-Najera, Petitioner v. United States.

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 915.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 440 Fed. Appx. 391.

No. 11-7991. Gordon B. Grigg, Peti-tioner v. United States.

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 1002.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 434 Fed. Appx. 530.

No. 11-7992. Aaron Gaytan-Estrada, Petitioner v. United States.

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 996.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 441 Fed. Appx. 241.

No. 11-7993. Eduardo Gonzalez-Gallegos, Petitioner v. United States.

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 994.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 657 F.3d 811.

No. 11-7998. Charles Williams, Peti-tioner v. United States.

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1029, 2012 U.S. LEXIS 1055.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.